IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES THOMPSON and TRISA
THOMPSON, his wife,

    Plaintiffs,

v.

HUSQVARNA OUTDOOR PRODUCTS,
INC.; THE VERNON DELL TRACTOR
SALES COMPANY; AARON RENTS, INC.
t/d/b/a AARON'S SALES & LEASE
OWNERSHIP FOR LESS,

    Defendants.

Case #2:08-cv-00553-GLL

JURY TRIAL DEMANDED

## ORDER

AND NOW, this 12th day of Mar, 2008, upon consideration of Defendant, Husqvarna Consumer Outdoor Products N.A., Inc., improperly named as Husqvarna Outdoor Products, Inc.'s, Motion to Request to be Excused from Personal Attendance, it is hereby ADJUDGED, ORDERED and DECREED that said motion is GRANTED and the personal attendance of Husqvarna's representative Paul Kiel is excused and he will participate in the mediation by telephone.

IT IS SO ORDERED,

_____ J.