IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES THOMPSON and<br>TRISA THOMPSON, his<br>wife,<br>    Plaintiffs<br><br>vs.<br><br>HUSQVARNA OUTDOOR PRODUCTS,<br>INC., THE VERNON DELL TRACTOR<br>SALES COMPANY, AARON RENTS,<br>INC. t/d/b/a AARON'S SALES & LEASE<br>OWNERSHIP FOR LESS<br><br>    Defendants. | NO.: 08-553<br>Electronically Filed<br><br>Carl R. Schiffman, Esquire<br>Pa I.D. # 23626<br><br><br>Schiffman & Wojdowski<br>1300 Fifth Avenue<br>Pittsburgh, PA 15219<br>412-288-9444<br>412-288-9455<br>schifwojdo@hotmail.com |

## **STIPULATION OF DISCONTINUANCE**

It is hereby stipulated and agreed between counsel for the parties to the above action that this matter be discontinued with prejudice.

PLAINITFFS:
James Thompson and Trisa Thompson
SCHIFFMAN & WOJDOWSKI

/s/Carl R. Schiffman, Esquire
Carl R. Schiffman, Esquire
1300 Fifth Avenue
Pittsburgh, PA 15219

DEFENDANT:
The Vernon Dell Tractor Sales Company
ZIMMER KUNZ

/s/Joseph W. Selep, Esquire
Joseph W. Selep, Esquire
3300 U.S. Steel Tower
Pittsburgh, PA 15219

DEFENDANT:
Husqvarna Outdoor Products, Inc.
Dickie, McCamey & Chilcote, P.C.

/s/Fredrick Bode, III, Esquire
Frederick Bode, III
Two PPG Place
Pittsburgh, PA 15222

DEFENDANT:
Aaron Rentals

/s/ Daniel T. Moskal, Equire
Daniel T. Moskal, Esquire
975 Two Chatham Center
Pittsburgh, PA 15219

SO ORDERED, this 23rd day of December, 2008.

_____
The Honorable Gary L. Lancaster, U.S. District Judge